No. 823. BURNHAM v. ARCOLA SUGAR MILLS Co. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert H. Kelley* for petitioner. No appearance for respondent. ■■

No. 830. ROSSMOORE v. ANDERSON, COLLECTOR OF INTERNAL REVENUE. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel E. Darby, Jr.*, for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman*, and *Messrs. Charles Bunn* and *James W. Morris* for respondent. ■

No. 839. KANSAS CITY STRUCTURAL STEEL Co. ET AL. v. DAGGETT ET AL. April 9, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Stanley H. Fischer, Norman Fischer*, and *Cyrus Crane* for petitioners. *Messrs. I. N. Watson, Henry N. Ess*, and *C. V. Garnett* for respondents. ■

No. 851. MAY v. DISTRICT OF COLUMBIA. April 9, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Dewey S. Edwards* for petitioner. *Messrs. E. Barrett Prettyman* and *Elwood H. Seal* for respondent. ■

No. 877. ST. PAUL BRIDGE & TERMINAL RY. Co. v. GENOVA, ADMINISTRATRIX. April 9, 1934. Petition for writ of certiorari to the Supreme Court of Minnesota